AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Diane Princ — Telephone: (313) 226-9100
Special Agent: Eric Miller — Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Derrin Torey Abbott Jr.

Case: **2:25-mj-30576**
Assigned To : **Unassigned**
Assign. Date : **9/12/2025**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 5, 2024 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |
| 18 U.S.C. § 922(o) | Possession of a Machinegun. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Miller, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 12, 2025

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Eric Miller, being duly sworn, do hereby state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I began with the ATF in June of 2018. I have a Bachelor of Arts in Criminal Justice and a Bachelor of Arts in Psychology from Michigan State University. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification and common scenarios involving firearms and narcotics trafficking. I was previously employed with the Department of Homeland Security as a federal law enforcement officer and investigator since March 2004.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, review of body worn camera videos and or images, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. ATF is currently conducting a criminal investigation concerning Derrin Torey ABBOTT Jr. (B/M; DOB: XX/XX/2000) for violations of Title 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) and U.S.C. § 922(o) (Possession of a Machinegun).

## II. PROBABLE CAUSE

4. I reviewed a computerized criminal history, Michigan Third Circuit Court records, and Michigan Department of Corrections records for Derrin ABBOTT, which revealed the following felony arrests and convictions:

a. On or about October 27, 2022, ABBOT was arrested by the Detroit Police Department (DPD) for a weapons offense. On or about March 23, 2023, in the 3rd Circuit Court, Derrin ABBOTT plead guilty to one count of carrying a concealed weapon (attempt).

b. On or about January 1, 2023, Derrin ABBOTT was arrested by the Sterling Heights Police Department (SHPD) for one count of a stolen vehicle and one count of fleeing a police officer. On or about May 16, 2023, Derrin ABBOTT was convicted in the 16th Circuit Court for one count felony unlawful driving away of a motor vehicle and one felony count of fleeing a police officer in the third degree. He was sentenced to 90 days jail and 731 days probation.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the fact that Derrin ABBOTT pleaded guilty to multiple felonies in connection with two separate criminal actions, there is probable cause to believe that Derrin ABBOTT is aware of his status as a convicted felon.

6. At approximately 11:00 a.m. on August 5, 2024, DPD Officers executed a state search warrant at a residence at 17139 Arlington Street, Detroit, MI in the Eastern District of Michigan. During the execution of this search warrant, DPD officers observed a heavy-set black male wearing purple shorts and no shirt, later identified as Derrin ABBOTT, flee from the residence's backyard, run north one house, and enter the rear door of 17145 Arlington Street, an address associated with Derrin ABBOTT's family.

7. DPD officers set up a perimeter. Soon after, Derrin ABBOTT, now wearing a shirt, exited the rear of the house with his brother Demarco Abbott. Officers observed Demarco Abbott with a handgun in his waist and retrieved the handgun, which was later identified as a black Glock 19, Gen 5, 9mm pistol.

8. After securing the residence at 17139 Arlington Street, DPD searched the residence. In a front bedroom, officers located Derrin ABBOTT's Michigan state identification card on top of a dresser. Inside the same dresser, officers located two handguns: (1) a black Glock 26, Gen 5, 9mm pistol; and (2) a black Glock 30s,

45 caliber pistol affixed with a machinegun conversion device (MCD), commonly referred to as a "Glock Switch." From my training and experience, I am aware that MCDs like the one found on the Glock 30s are parts designed and intended solely and exclusively for use in converting a Glock-style semiautomatic firearm into a firearm that can automatically shoot more than one shot by a single function of the trigger, and, therefore, are themselves machineguns under federal law.

9. Further, officers located in the same dresser: a partially loaded Glock 9mm extended magazine, a fully loaded Glock extended magazine, a partially loaded Glock 45 caliber extended magazine, and an empty Glock 9mm magazine. From a nightstand in the same room, officers also located a clear plastic bag with 19 rounds of Glock 45 caliber ammunition, an empty 5.56 30-round magazine, and an empty 5.56 40-round magazine. The Glock 30s recovered from the dresser with Derrin ABBOT's identification card was later confirmed stolen out of Southfield, MI.

10. Officers later submitted the Glock 19 pistol recovered from Demarco Abbott's waist to the Michigan State Police (MSP) Laboratory for DNA examination. In a report dated June 26, 2025, the MSP Laboratory indicated that DNA had been recovered from the Glock 19 pistol and that the DNA on the firearm originated from Derrin ABBOTT with a likelihood of 9.3 quadrillion.

11. On September 10, 2025, Special Agent Miller contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs and provided a verbal description of the

Glock, Model 19, 9mm pistol; the Glock, Model 26, 9mm pistol; and the Glock, Model 30s, 45 caliber pistol recovered by Detroit Police officers on August 5, 2024. SA Kara Klupacs advised the firearms were manufactured outside of the state of Michigan, and therefore have traveled in and affected interstate commerce.

## III.CONCLUSION

12. Based upon the aforementioned facts stated herein, there is probable cause to believe Derrin Torrey ABBOTT (B/M; DOB: XX/XX/2000), a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock, Model 19, 9mm pistol; a Glock, Model 26, 9mm pistol; and a Glock, Model 30s, 45 caliber pistol affixed with a MCD, said firearms having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (Felon in Possession of a Firearm) and 18 U.S.C. 922(o) (Possession of a Machinegun).

Respectfully submitted,

Eric Miller
Special Agent, ATF

Sworn to before me and signed in my Presence and/or
by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date: September 12, 2025